CYRENE v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 8, 1922.) No. 6067. In Error to the District Court of the United States for the Western District of Missouri. W. Red Heath, of Kansas City, Mo., for plaintiff in error. C. C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

DAVIS, Director General, v. MEYERS & BACHELOR. (Circuit Court of Appeals, Eighth Circuit. March 17, 1923.) No. 6232. In Error to the District Court of the United States for the District of Nebraska. Wymer Dressler and Robert D. Neely, both of Omaha, Neb., for plaintiff in error. Hird Stryker, of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, and mandate waived, per stipulation.

---

THE EMILIA S. DE PEREZ. (Circuit Court of Appeals, Second Circuit. April 11, 1923.) No. 252. Appeal from the District Court of the United States for the Southern District of New York. Libel by Nilsen, Rantoul & Co., Inc., against the steamship Emilia S. De Perez, her engines, etc.; the Ocean Transportation Company, claimant. Decree for claimant (287 Fed. 361), and libelant appeals. Affirmed. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (L. De G. Potter and Albert H. Ely, Jr., both of New York City, of counsel), for appellant. Hunt, Hill & Betts, of New York City, for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

---

FIRST NAT. BANK OF ENID, OKL., v. EMERSON, County Assessor, etc. (Circuit Court of Appeals, Eighth Circuit. March 8, 1923.) No. 5864. Appeal from the District Court of the United States for the Western District of Oklahoma. Horace G. McKeever and William L. Moore, both of Enid, Okl., for appellant. C. B. Wilson and Robert E. Smith, both of Enid, Okl., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

---

FORD MOTOR CO. v. CLEARY. (Circuit Court of Appeals, Eighth Circuit. January 9, 1923.) No. 6123. In Error to the District Court of the United States for the Eastern District of Missouri. James C. Jones, Lon O. Hocker, Frank H. Sullivan, and Marvin E. Boisseau, all of St. Louis, Mo., for plaintiff in error. Moses N. Sale, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, but without taxation of attorney fee, per stipulation of parties.

---

GOODMAN et al. v. HARRY L. HUSSMAN REFRIGERATOR & SUPPLY CO. (Circuit Court of Appeals, Eighth Circuit. January 9, 1923.) No. 6119. Appeal from the District Court of the United States for the Eastern District of Missouri. James Love Hopkins, of St. Louis, Mo., for appellants. John H. Bruninga, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.